IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 13 2007
GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00851-BNB

DAVID SALVADOR COTA,

    Applicant,

v.

UNITED STATES PAROLE COMMISSION,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's request submitted to and filed with the Court on June 25, 2007, seeking an extension of time in which to submit the required $5.00 filing fee as directed in the May 9, 2007, order denying him leave to proceed pursuant to 28 U.S.C. § 1915 is DENIED as moot. Applicant paid the $5.00 filing fee on July 11, 2007. The June 15, 2007, motion to reconsider the May 9 order also is DENIED as moot.

Dated: July 13, 2007

Copies of this Minute Order mailed on July 13, 2007, to the following:

David Salvador Cota
Reg. No. 78854-012
ADX - Florence
PO Box 8500
Florence, CO 81226

                                            Secretary/Deputy Clerk