IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00851-WDM-CBS

DAVID SALVADOR COTA,
    Applicant,
v.

UNITED STATES PAROLE COMMISSION,
    Respondent.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Applicant Cota's "Clarification and Motion" (filed May 4, 2007) (doc. # 6). Pursuant to the Order of Reference dated August 1, 2007 (doc. # 18) and the memorandum dated August 1, 2007 (doc. # 19), this matter was referred to the Magistrate Judge. Mr. Cota requests that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 attached to his Motion (*see* doc. # 6-2) be accepted as his Amended Application/Petition. The court having reviewed the motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Cota's request made in his "Clarification and Motion" (filed May 4, 2007) (doc. # 6) is GRANTED. The Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (doc. # 6-2) is accepted as his Amended Application/Petition.

Dated at Denver, Colorado this 2nd day of August, 2007.

BY THE COURT:

<u>   s/Craig B. Shaffer         </u>
United States Magistrate Judge